AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 16, 2024**

SEAN F. McAVOY, CLERK

NICHOLAS CHRISTOPHER BOYD, a.k.a. Nicholas Michael Brinkley )
*Plaintiff* )
v. )
CORRECTIONS OFFICER IRWIN; CORRECTIONS OFFICER OVERMAN; CORRECTIONS OFFICER VILLAREAL; CORRECTIONS OFFICER TKACHEV; CORRECTIONS OFFICER MILLARD; CORRECTIONS OFFICER GRUBB; CORRECTIONS OFFICER DURAN; and GRANT COUNTY JAIL SUPERVISORS )
*Defendant*

Civil Action No.  2:19-CV-00395-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendants' Motion for Summary Judgment, ECF No. 218, is GRANTED. Judgment in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on a motion for Summary Judgment.

Date:  10/16/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*
Wendy Kirkham